EN EL TRIBUNAL SUPREMO DE PUERTO RICO

|  |  |
|---|---|
| In re:<br><br>Eddie González Vazquez<br>(TS-18,924) | 2018 TSPR 91<br><br>200 DPR \_\_\_\_ |

Número del Caso: AB-2017-139

Fecha: 9 de mayo de 2018

Oficina del Procurador General:

      Lcdo. Joseph Feldstein del Valle
      Subprocurador General

      Lcda. María del Ce. Ortiz Toral
      Procuradora General Auxiliar

Materia: La suspensión será efectiva el 29 de mayo de 2018, fecha en que se le notificó al abogado de su suspensión inmediata.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Eddie González Vázquez                 AB-2017-0139
    (TS-18,924)

PER CURIAM

En San Juan, Puerto Rico, a 9 de mayo de 2018.

El 23 de febrero de 2018, le ordenamos al Lcdo. Eddie González Vázquez que, en un término de 20 días, mostrara causa por la cual no debía ser suspendido del ejercicio de la abogacía, por incumplir con varias órdenes del Procurador General y de este Tribunal. Ya que no recibimos respuesta de parte del licenciado, nos vemos obligados a ejercer nuestra facultad disciplinaria.

I

El licenciado González Vázquez fue admitido al ejercicio de la abogacía en agosto de 2012 y al

ejercicio    de    la notaría el mes siguiente. En agosto

de 2013, asumió la representación legal de la Sra. Amneris González Núñez en un caso de daños y perjuicios contra el Municipio de Cabo Rojo. El 12 de mayo de 2017, la señora González Núñez nos presentó una queja en contra del licenciado González Vázquez. Según planteó, le pagó al licenciado un adelanto de $500.00 para someter la demanda; $13.00 por tres cartas certificadas, y $269.00 por otras dos cartas certificadas y un emplazamiento.

En el ínterin, la comunicación entre ambos se detuvo. La señora González Núñez alegó que el licenciado González Vázquez dejó de contestarle las llamadas y los correos electrónicos. Dadas las circunstancias, la señora González Núñez acudió al Tribunal de Primera Instancia para conocer el estado de su caso. Allí, se enteró de que su demanda no se había presentado.

La Secretaría de este Tribunal le envió al licenciado González Vázquez dos notificaciones por correo postal, el 5 de junio y el 5 de julio de 2017, respectivamente. En ambas, le concedió 10 días para contestar la queja. El licenciado González Vázquez no contestó ninguna de las misivas. Consecuentemente, el 8 de agosto de 2017, referimos la queja a la Oficina del Procurador General (OPG) para la correspondiente investigación.

El 22 de agosto de 2017, mediante carta por correo certificado y vía correo electrónico, la OPG le requirió

contestar la queja dentro de 10 días. Vencido ese término, la OPG le remitió otra comunicación por correo certificado y correo electrónico el 12 de septiembre de 2017, concediéndole otros 10 días para que se expresara. Ya que no respondió, y como última oportunidad, la OPG le dejó un mensaje de voz telefónico y le envió un correo electrónico el 25 de octubre de 2017 concediéndole 16 días para comparecer. Tampoco lo hizo.

El 29 de noviembre de 2017, la OPG nos rindió un informe recomendando la suspensión inmediata e indefinida del licenciado González Vázquez por incumplir con el deber de contestar los requerimientos de la OPG y del Tribunal. El 20 de diciembre de 2017, le concedimos 20 días al licenciado González Vázquez para que se expresara en torno al informe de la OPG. No compareció. El 23 de febrero de 2018, le ordenamos que, en un término de 20 días, mostrara causa por la cual no debía ser suspendido del ejercicio de la profesión de la abogacía. Nuestra orden corrió la misma suerte que las demás: el licenciado González Vázquez no la atendió.

II

El Canon 9 del Código Ética Profesional, 4 LPRA Ap. IX, dispone que los abogados deben "observar para con los tribunales una conducta que se caracterice por el mayor respeto". Como corolario de ese deber, se exige que los abogados atiendan pronta y diligentemente las órdenes de todos los tribunales. In re Crespo Peña, 195 DPR 318, 321

(2016). La desatención a las órdenes de un tribunal constituye un grave insulto a su autoridad y una clara violación al mandato del Canon 9. In re Pestaña Segovia, 192 DPR 485, 493-494 (2015).

Este deber también se extiende a las entidades públicas que intervienen en la consecución de un proceso disciplinario, como es el caso de la OPG. In re Rodríguez Cintrón, 198 DPR 561, 565 (2017). En ese sentido, al igual que cuando ignoran los requerimientos de este Tribunal, procede la suspensión inmediata e indefinida del ejercicio de la abogacía al letrado que ignora los requerimientos de la OPG. Íd.

### III

El licenciado González Vázquez no compareció ante nos, aunque se lo ordenamos y le concedimos amplia oportunidad para hacerlo. Su conducta nos demostró indiferencia ante nuestros apercibimientos de sanciones disciplinarias y poco interés en practicar la abogacía.

Así pues, nos vemos obligados a suspender al licenciado González Vázquez inmediata e indefinidamente del ejercicio de la abogacía y, como consecuencia, de la notaría. Se impone al señor González Vázquez el deber de notificar a sus clientes de su inhabilidad para seguir representándolos, devolverles cualesquiera honorarios recibidos por trabajos no realizados e informar inmediatamente de su suspensión a los foros judiciales y administrativos en los que tenga algún asunto pendiente.

Se ordena al Alguacil de este Tribunal incautar inmediatamente la obra y el sello notarial del señor González Vázquez y entregarlos al Director de la Oficina de Inspección de Notarías para el correspondiente examen e informe. La fianza notarial queda automáticamente cancelada, pero se considerará buena y válida por tres años después de su terminación en cuanto a los actos realizados por el señor González Vázquez mientras la fianza estuvo vigente.

Notifíquese personalmente esta Opinión *Per Curiam* y Sentencia.

Se dictará Sentencia en conformidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:


Eddie González Vázquez                 AB-2017-0139
    (TS-18,924)


SENTENCIA

En San Juan, Puerto Rico, a 9 de mayo de 2018.


Por los fundamentos expuestos en la Opinión *Per Curiam* que antecede, la cual se hace formar parte de esta Sentencia, suspendemos al licenciado González Vázquez inmediata e indefinidamente del ejercicio de la abogacía y, como consecuencia, de la notaría. Se impone al señor González Vázquez el deber de notificar a sus clientes de su inhabilidad para seguir representándolos, devolverles cualesquiera honorarios recibidos por trabajos no realizados e informar inmediatamente de su suspensión a los foros judiciales y administrativos en los que tenga algún asunto pendiente.

Se ordena al Alguacil de este Tribunal incautar inmediatamente la obra y el sello notarial del señor González Vázquez y entregarlos al Director de la Oficina de Inspección de Notarías para el correspondiente examen e informe. La fianza notarial queda automáticamente cancelada, pero se considerará buena y válida por tres años después de su terminación en cuanto a los actos realizados por el señor González Vázquez mientras la fianza estuvo vigente.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. La Jueza Presidenta Oronoz Rodríguez no intervino.


Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo